**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOAN LICHTMAN,

              Petitioner

        v.

BRUCE CASTOR AND LANCE ROGERS,

              Respondents

:  No. 114 EAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.